**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CEATS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 6:11-cv-382 LED |
| v. ) | |
| ) | |
| TICKETMASTER, L.L.C. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CEATS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff CEATS voluntarily dismisses this action against Defendant Ticketmaster, L.L.C. without prejudice, with each party to bear its own costs and fees.  Neither an answer nor a motion for summary judgment has been served.

          Respectfully submitted,

          */s/ Michael S. Nadel*
          J. Thad Heartfield (Texas Bar No. 09346800)
          THE HEARTFIELD LAW FIRM
          2195 Dowlen Road
          Beaumont, Texas  77706
          (409) 866-3318

          Michael S. Nadel
          McDERMOTT WILL & EMERY LLP
          600 Thirteenth Street, N.W.
          Washington, D.C. 20005
          (202) 756-8000

          *Attorneys for Plaintiff CEATS, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2011, the foregoing was electronically filed with the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                        */s/ Michael S. Nadel*
                                        Michael S. Nadel

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CEATS, INC., )<br>)<br>    Plaintiff, )<br>) Case No. 6:11-cv-382 LED<br>v. )<br>)<br>TICKETMASTER, L.L.C. )<br>)<br>    Defendant. )<br>) | |

## **ORDER**

Plaintiff CEATS, Inc. has voluntarily dismissed its claims in this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). It is hereby ORDERED that the case is DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs. This case is CLOSED.